1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK ALLEN TRENT,

11           Petitioner,                    2:02-cv-1647-GEB-JFM-P

12       vs.

13   JOE MCGRATH, et al.,

14           Respondent.            ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of

17   this court's September 6, 2007 denial of his application for a writ of habeas corpus.  Before

18   petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c);

19   Fed. R. App. P. 22(b).

20          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

21   applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

22   § 2253(c)(2).  The certificate of appealability must "indicate which specific issue or issues

23   satisfy" the requirement.  28 U.S.C. § 2253(c)(3).

24          A certificate of appealability should be granted for any issue that petitioner can

25   demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different

26   court, or is "'adequate to deserve encouragement to proceed further.'"  Jennings v. Woodford,

                                        1

1   290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

2          Petitioner has made a substantial showing of the denial of a constitutional right in

3   the following issues presented in the instant petition:  (1) whether he received ineffective

4   assistance of trial counsel; and (2) whether jury instruction error violated his right to due process.

5          Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is

6   issued in the present action.

7   Dated:  October 19, 2007

8

9   _____
    GARLAND E. BURRELL, JR.
10   United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24
_____

25       [1] Except for the requirement that appealable issues be specifically identified, the standard
    for issuance of a certificate of appealability is the same as the standard that applied to issuance of
26   a certificate of probable cause.  <u>Jennings</u>, at 1010.

2